**James B. UNGER, Respondent,**

v.

**MIKE HUSMANN CONSTRUCTION and Farm Bureau Insurance Co., Relators.**

**No. C6–98–71.**

Supreme Court of Minnesota.

March 26, 1998.

Thomas R. Longfellow, Sieben, Polk, LaVerdiere, Jones & Hawn, P.A., St. Paul, for Respondent.

Jerome D. Vehanen, Nancy E. Lamo, McCollum, Crowley, Vehanen, Moschet & Miller, Ltd., Bloomington, for Relators.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals, filed December 11, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ E. Tomljanovich
E. Tomljanovich
Associate Justice